**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2053

| | | |
|---|---|---|
| Mark S. Moore, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Sherry Wise, Caseworker; Fred | * | Eastern District of Missouri. |
| Johnson, Functional Unit Manager; | * | [UNPUBLISHED] |
| Bill Roger, Assist Caseworker, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  November 19, 1997

Filed:  November 28, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Mark S. Moore appeals from the district court's[1] 28 U.S.C. § 1915(e) dismissal without prejudice of his action brought pursuant to 42 U.S.C. § 1983.  Having reviewed the record and Moore's brief, we conclude that the district court judgment was correct

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

and that an extended opinion is not necessary.  [We note that the dismissal was without prejudice.]  See 8th Cir. R. 47B.  The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.